FILED
2018 DEC 12 PM 4:38
CLERK
U.S. DISTRICT COURT

Gregory M. Saylin (Utah Bar No. 09648)
Melanie S. Grayson (Utah Bar No. 14660)
Nina C. Kim (Utah Bar No. 16081)
FABIAN VANCOTT
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 531-1716
gsaylin@fabianvancott.com
mgrayson@fabianvancott.com
nkim@fabianvancott.com

*Attorneys for Defendants Chevron Corporation
and Chevron U.S.A. Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANTONIO BRATCHER and RICARDO RODRIQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION; CHEVRON U.S.A. INC., and BRAHMA GROUP, INC. <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 1:17-cv-00143 BSJ <br><br> Judge Bruce S. Jenkins |

Based upon the Stipulation for Dismissal with Prejudice, and good cause appearing therein,

IT IS HEREBY ORDERED that Plaintiffs Antonio Bratcher and Ricardo Rodriquez's claims against all Defendants are DISMISSED, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 12th day of December, 2018.

_____
Judge Bruce E. Jenkins

Approved as to Form:

*/s/ Jonathan Thorne*
Lauren Scholnick
Jonathan Thorne
*Counsel for Plaintiffs*

*/s/ Cecilia Romero*
Cecilia Romero
Nathan Archibald
*Counsel for Defendant Brahma Group, Inc.*